IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN REISH, | : | 4:09-cv-1273 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. Martin C. Carlson |
| PENNSYLVANIA STATE | : | |
| UNIVERSITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

## March 29, 2012

In conformity with the Memorandum issued on today's date, it is hereby

**ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 92) is **ADOPTED** in its entirety.

2. The Defendants' Motion for Summary Judgment (Doc. 70) is **GRANTED** with respect to Plaintiff's federal claims.

3. Plaintiff's state law wage and hour claim is **DISMISSED**.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge